UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENLEY EMERGENCY MEDICINE, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>THE SCHUMACHER GROUP OF LOUISIANA INC., et al.,<br><br>    Defendants. | Case No. 20-cv-03274-SI<br><br>**ORDER DENYING DEFENDANTS' ADMINISTRATIVE MOTION TO RESCHEDULE CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 75 |

Defendants filed a motion to dismiss the operative third amended complaint on December 13, 2024 and set the hearing date for this motion on May 2, 2025. Dkt. No. 74. Defendants subsequently requested the Court to delay the initial case management conference until after the motion to dismiss has been resolved. Dkt. No. 75. Relator opposes rescheduling the case management conference. Dkt. No. 76.

The Court appreciates defendants' arguments for judicial economy, but an initial case management conference at this point in the litigation—more than four and a half years after the complaint was filed—remains appropriate. Accordingly, the Court DENIES the motion to reschedule the conference. The parties must submit a joint statement by January 10, 2025, in which they can present their proposals for how and when discovery might proceed.

**IT IS SO ORDERED**.

Dated: January 3, 2025

SUSAN ILLSTON
United States District Judge