UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENLEY EMERGENCY MEDICINE, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>THE SCHUMACHER GROUP OF LOUISIANA INC., et al.,<br><br>  Defendants. | Case No. 20-cv-03274-SI<br><br>**[PROPOSED] ORDER GRANTING IN PART AND DENYING IN PART ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED IN REGARD TO RELATOR'S AUGUST 18 LETTER MOTION**<br><br>Re: Dkt. No. 124 |

Before the Court is Relator's Administrative Motion to Consider Whether Another Party's Material Should be Sealed in Regard to Relator's August 18 Letter Motion, ECF 124 ("Administrative Motion"). Having considered all the papers filed in connection with the Administrative Motion, the arguments of counsel, the pleadings and papers on file in this action, and all other matters properly before the Court, and for good cause appearing:

1. Relator's Administrative Motion to Consider Whether Another Party's Material Should Be Sealed in Regard to Relator's August 18 Letter Motion is **GRANTED IN PART AND DENIED IN PART.**

2. The portion of Relator's August 18 Letter Motion (ECF 125) that reveals the total number of claims shall be sealed.

3. Relator shall file a revised redacted version of its August 18 Letter Motion that redacts the total number of claims, where that number appears in the Letter Motion.

**IT IS SO ORDERED**.

Dated: September 16, 2025

_____
SUSAN ILLSTON
United States District Judge