UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENLEY EMERGENCY MEDICINE, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>THE SCHUMACHER GROUP OF LOUISIANA INC., et al.,<br><br>    Defendants. | Case No. 20-cv-03274-SI<br><br>**ORDER RE: DEFENDANTS' DISCOVERY LETTER**<br><br>Re: Dkt. No. 161 |

Defendants filed a letter brief requesting the Court's permission to file motions related to establishing the relevant discovery period and bifurcating liability from damages on December 24, 2025. Dkt. No. 161. In their letter, defendants requested a briefing schedule and proposed submitting their motions by January 9, 2026. *Id.* The Court's permission is not required for defendants to file their motions. They may do so on January 9, 2026 as requested and should set a briefing schedule in accordance with the local rules.

**IT IS SO ORDERED**.

Dated: January 7, 2026

_____
SUSAN ILLSTON
United States District Judge