UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENLEY EMERGENCY MEDICINE, et al., | Case No.  20-cv-03274-SI |
| Plaintiffs, | |
| v. | **ORDER GRANTING STIPULATION FOR EXTENSION OF CERTAIN DEADLINES** |
| THE SCHUMACHER GROUP OF LOUISIANA INC., et al., | Re: Dkt. No. 163 |
| Defendants. | |

Parties filed a joint stipulation agreeing to extend certain deadlines.  Dkt. No. 163.  The Court GRANTS various extensions.  The Court extends the deadline for the production of privilege logs by 30 days, from January 26, 2026 to February 25, 2026.  The Court also extends the deadlines still outstanding for fact and expert discovery, and the motions related to them, as follows.

The Court SETS the following pre-trial schedule:

Non-expert discovery cutoff: 4/24/2026

Designation of Opening Experts: 5/8/2026

Expert Rebuttal Reports: 5/29/2026

Expert Reply Reports: 6/5/2026

Expert Discovery Cutoff: 6/30/2026

Dispositive & Daubert Motions: 7/31/2026

Opp. to Dispositive & Daubert Motions: 8/21/2026

Reply in Support of Dispositive & Daubert Motions: 9/4/2026

Hearing on Dispositive & Daubert Motions: 9/18/2026 at 10:00 AM.

Pretrial Filings, including motions in limine: 9/29/2026

Responses to Motions in limine: 10/6/2026

United States District Court
Northern District of California

Pretrial Conference: 10/20/2026 at 1:30 PM

**Trial Date: 10/26/2026 at 9:00 AM**

**IT IS SO ORDERED**.

Dated: January 13, 2026

_____

SUSAN ILLSTON
United States District Judge