UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KENLEY EMERGENCY MEDICINE, et al.,

Plaintiffs,

v.

THE SCHUMACHER GROUP OF LOUISIANA INC., et al.,

Defendants.

Case No. 20-cv-03274-SI

**ORDER RE: BRIEFING ON MOTION FOR DISQUALIFICATION**

The Court is in receipt of defendants' motion to disqualify Sanjiv N. Singh, a Professional Law Corporation, and Phillips & Cohen LLP as Relator's counsel. Dkt. No. 189. The Court RESETS the briefing schedule and hearing date for that motion as follows:

Relator's opposition is due February 20, 2026.

Defendants' reply is due February 27, 2026.

The hearing is set for March 6, 2026 at 10:00 a.m.

The Court also CONTINUES the hearing on defendants' motion for bifurcation and protection order currently set for February 20, 2026 until March 6, 2026. Dkt. No. 166.

**IT IS SO ORDERED**.

Dated: February 13, 2026

_____
SUSAN ILLSTON
United States District Judge