UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KENLEY EMERGENCY MEDICINE, et al.,

        Plaintiffs,

        v.

THE SCHUMACHER GROUP OF LOUISIANA INC., et al.,

        Defendants.

Case No. 20-cv-03274-SI  (SI)

**AMENDED PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: 6/15/2026.

DESIGNATION OF EXPERTS: 6/22/2026; REBUTTAL: 7/10/2026;
Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: 7/31/2026.

DISPOSITIVE MOTIONS **SHALL** be filed by; 8/14/2026
Opp. Due: 8/31/2026; Reply Due: 9/9/2026;
and set for hearing no later than 9/18/2026 at 10:00 AM.

PRETRIAL PAPERWORK DUE:  9/29/2026
PRETRIAL CONFERENCE DATE: 10/20/2026 at 1:30 PM.

JURY SELECTION & TRIAL DATE: 10/26/2026 at 9:00 AM.
Courtroom 1, 17th floor.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

    **IT IS SO ORDERED**.

Dated: April 8, 2026

_____
SUSAN ILLSTON
United States District Judge

United States District Court
Northern District of California