UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| KENLEY EMERGENCY MEDICINE, et al., | Case No. 3:20-cv-3274-SI |
| Plaintiffs, | **[PROPOSED]** ORDER GRANTING **DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
| vs. | |
| THE SCHUMACHER GROUP OF LOUISIANA, INC., d/b/a SCP HEALTH; CALIFORNIA EMERGENCY ASSOCIATES, | |
| Defendants. | |

Before the Court is Defendants' Administrative Motion to File Under Seal ("Administrative Motion"). After careful consideration, the Court finds good cause where necessary. Accordingly, the Court **GRANTS** the Administrative Motion and **ORDERS** as follows:

[PROPOSED] ORDER GRANTING
ADMINISTRATIVE MOTION TO SEAL - Case No.
3:20-cv-3274-SI

| Document or Portion of Document Sought to Be Sealed | Evidence Offered in Support of Sealing | Order |
|---|---|---|
| Joint Statement Regarding Discovery Dispute (Dkt. 226) ("Joint Statement") at 1:17-18 | Administrative Motion at 2 | **GRANTED** |
| Joint Statement at 1:25-27 | Administrative Motion at 2 | **GRANTED** |
| Joint Statement at 2:1-2 | Administrative Motion at 2 | **GRANTED** |

**IT IS SO ORDERED.**

DATED:  May 8, 2026

_____
THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING                    2
ADMINISTRATIVE MOTION TO SEAL - Case No.
3:20-cv-3274-SI