**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

UNITED STATES AND THE STATES OF CALIFORNIA, COLORADO, FLORIDA, GEORGIA, ILLINOIS, INDIANA, IOWA, LOUISIANA, MICHIGAN, NEVADA, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, TENNESSEE, TEXAS, VIRGINIA, and WASHINGTON *ex rel.* Kenley Emergency Medicine Corporation,

Plaintiffs,

v.

THE SCHUMACHER GROUP OF LOUISIANA, INC., d/b/a SCP HEALTH; CALIFORNIA EMERGENCY ASSOCIATES, A CALIFORNIA MEDICAL CORPORATION,

Defendants.

Case No. 3:20-cv-03274-SI

**JOINT STATUS REPORT**

The Honorable Susan Illston

Relator Kenley Emergency Medicine Corporation ("Relator") and Defendants the Schumacher Group of Louisiana, Inc. and California Emergency Associates, a California Medical Corporation (collectively, "Defendants," and with Relator, the "Parties"), by and through their undersigned counsel, hereby submit this Joint Status Report in advance of the July 31, 2026 Status Conference.

## I. JOINT STATEMENT

On Jun 5, 2026, the Parties filed Joint Notice of Preliminary Settlement and Request for Stay. Dkt. No. 230 ("Notice"). The Notice stated that the Parties "have executed a binding term sheet to settle this matter" and "are presently preparing a final and definitive settlement agreement, which they anticipate executing within 30 days of this filing." *Id.*

On June 9, 2026, the Court entered an Order staying the case "until the next hearing," scheduling a further status conference for July 31, 2026, and further stating the "Hearing will be vacated if a Dismissal is filed beforehand." Dkt. No. 231.

Since the Notice was filed, the Parties have worked diligently to finalize the terms of a settlement agreement, including by exchanging drafts of the agreement and meeting and conferring by Zoom. The Parties have narrowed their disputes and are continuing to work through several remaining issues. To the extent any disagreements remain, the Parties have agreed to consult Judge Beeler, as the settlement judge, to attempt a resolution. The Parties expect to either reach agreement or submit any remaining disputes to Judge Beeler shortly.

Once the final settlement agreement is executed, Relator will file a stipulation of dismissal pursuant to Rule 41.

***Defendants' Position***

Defendants believe that Relator is attempting to add new or different terms to the agreed-upon settlement and expect to know by the middle of next week whether resort to Judge Beeler or a motion to enforce the settlement agreement may become necessary.

***Relator's Position***

Relator disagrees with Defendants' position and is working to resolve any outstanding issues.

DATED: July 24, 2026

Respectfully submitted,

*/s/ Jonathan F. Neumann*

David A. Bocian (appearance *pro hac vice*)
dbocian@ktmc.com
Jonathan F. Neumann (appearance *pro hac vice*)
jneumann@ktmc.com
Asher Alavi (appearance *pro hac vice*)
aalavi@ktmc.com
**KESSLER TOPAZ**
**MELTZER & CHECK, LLP**
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

-and–

Stacey M. Kaplan (Bar No. 241989)
skaplan@ktmc.com
**KESSLER TOPAZ**
**MELTZER & CHECK, LLP**
One Sansome Street, Suite 1850
San Francisco, CA 94104
Telephone: (415) 400-3000
Facsimile: (415) 400-3001

-and–

Claire M. Sylvia (Bar No. 138990)
csylvia@phillipsandcohen.com
**PHILLIPS & COHEN LLP**
492 ninth Street, Suite 200
Oakland, CA 94607
Tel: (415) 836-9000
Fax: (202) 833-1815

Samuel E. Brown (appearance *pro hac vice*)
**PHILLIPS & COHEN LLP**
sbrown@phillipsandcohen.com
2000 Massachusetts Avenue, 1st Floor
Washington, DC 20036
Tel: (202) 833-4567
Fax: (202) 833-1815

*Counsel for Relator Kenley Emergency Medicine Corporation*

DATED: July 24, 2026

Respectfully submitted,

/s/ Phillip Rakhunov

Barry S. Pollack (appearance *pro hac vice*)
Joshua L. Solomon (appearance *pro hac vice*)
Phillip Rakhunov (*pro hac* application pending)
bpollack@psdfirm.com
jsolomon@psdfirm.com
prakhunov@psdfirm.com
**POLLACK SOLOMON DUFFY LLP**
31 St. James Ave., Suite 830
Boston, Massachusetts 02116
Telephone: (617) 439-9800

-and–

Anthony P. Schoenberg (Bar No. 203714)
tschoenberg@fbm.com
Cameron Gibbs (Bar No. 346524)
cgibbs@fbm.com
**FARELLA BRAUN + MARTEL LLP**
One Bush Street, Suite 900
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

*Attorneys for Defendants THE SCHUMACHER GROUP OF LOUISIANA, INC., d/b/a SCP HEALTH and CALIFORNIA EMERGENCY ASSOCIATES*

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1(i)**

Pursuant to Civil L.R. 5-1(h)(3), I hereby attest that concurrence in the filing of this document has been obtained from the other signatories whose signatures are indicated above by a conformed signature ("/s/") within this e-filed document.

DATED: July 24, 2026

Respectfully submitted,

**KESSLER TOPAZ MELTZER & CHECK, LLP**

/s/ *Jonathan F. Neumann*
Jonathan F. Neumann